# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STONEY GLENN,

    Plaintiff,

v.                                          CASE NO. 3:20cv5603-MCR-EMT

CAPTAIN SMITH,

    Defendant.

_____/

## **O R D E R**

The chief magistrate judge issued a Report and Recommendation on January 4, 2021. ECF No. 22. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation (ECF No. 22) is adopted and incorporated by reference in this Order.

2. Plaintiff's claims against Defendant Captain Smith are **DISMISSED with prejudice** as time-barred.

3. Plaintiff's claims against A. Powell are **DISMISSED without prejudice** as duplicative.

4. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 29th day of March 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**